# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  06-cr-00149-LTB-01 |
| HAROLD M. CARMENOROS | USM Number:  35134-013 |
| | Matthew C. Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Unlawful Possession and Use of a Controlled Substance | 02/04/14 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The government has withdrawn violations 11 and 12.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 12, 2015
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

January 16, 2015
Date

DEFENDANT:  HAROLD M. CARMENOROS
CASE NUMBER:  06-cr-00149-LTB-01                                                                       Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report Arrest/Questioning by a Law Enforcement Officer | 04/19/14 |
| 3 | Failure to Report Arrest/Questioning by a Law Enforcement Officer | 04/19/14 |
| 4 | Failure to Follow the Instructions of the Probation Officer | 04/28/14 |
| 5 | Use of Alcohol During Substance Abuse Treatment | 02/2014 |
| 6 | Use of Alcohol During Substance Abuse Treatment | 03/03/14 |
| 7 | Use of Alcohol During Substance Abuse Treatment | 03/17/14 |
| 8 | Failure to Participate in Testing for Substance Abuse | 04/24/14 |
| 9 | Failure to Participate in Treatment for Substance Abuse | 04/26/14 |
| 10 | Violation of the Law | 04/19/14 |

DEFENDANT:  HAROLD M. CARMENOROS
CASE NUMBER:  06-cr-00149-LTB-01                                                                         Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixteen (16) months.

The Court recommends that the Bureau of Prisons credit the defendant for 219 days time spent in official detention prior to sentencing.  The Court also recommends that the defendant be designated to Federal Correctional Institution-Englewood.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal